IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANAN BERNARDO GABALDON,

    Plaintiff,

vs.                                             2:19-cv-00808-MV-LF

THE GEO GROUP FACILITY, et al.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on October 5, 2021. Doc. 23. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 23) is ADOPTED;

2. Plaintiff's Motion for Default Judgment (Doc. 22) is DENIED.

3. The service of defendants Lt. Arguello, Lt. Rivera, and Major Aragon is QUASHED. Plaintiff is granted thirty (30) days from the date of this order to properly serve these defendants and to file proof of service with the Court. Failure to perfect service within thirty (30) days may result in dismissal of this action.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE