IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANAN BERNARDO GABALDON,

        Plaintiff,

vs.                                                                 2:19-cv-00808-MV-LF

R. ARGUELLO, Lt. STIU K9;
K RIVERA, Lt. Disciplinary/Grievance;
P. ARAGON, Major Chief of Security,

        Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on January 20, 2022. Doc. 31. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 31) are ADOPTED;

2.     Plaintiff's case is hereby dismissed without prejudice.

                                                                     MARTHA VAZQUEZ
                                                              SENIOR UNITED STATES DISTRICT JUDGE